IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00431-WDM-OES

MARY J. PENA,

Plaintiff(s),

vs.

CONTINENTAL CONCESSION SUPPLIES, INC., a foreign corporation, and JOSEPH SHEFFIELD,

Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated: November 22, 2005

    Defendant Continental Concession Supplies, Inc's Unopposed Motion to Vacate and Reset the Settlement Conference [filed November 21, 2005, Document 32] is GRANTED. The settlement conference of December 6, 2005, is VACATED. Counsel are directed to reschedule this conference when they have completed depositions.