IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-00431-WDM-MEH

MARY J. PENA,

      Plaintiff,

v.

CONTINENTAL CONCESSION SUPPLIES INC., a foreign corporation, and
JOSEPH SHEFFIELD,

      Defendants.

---

## ORDER ON JOINT MOTION TO RECONSIDER

---

Miller, J.

      This case is before me on the Joint Motion to Reconsider Notice of Dismissal and Amend Order (doc no 60).  As originally noted in the Notice of Dismissal dismissing this case (doc no 59), the Court declines to retain jurisdiction.  In the event that a party does not perform, the other may sue in a separate action.  Other than their desires, the parties do not provide a legal reason to change the result.

      Accordingly, the Joint Motion to Reconsider Notice of Dismissal and Amend Order (doc no 60) is denied.

DATED at Denver, Colorado, on February 5, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge